IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RODRIGUEZ, ET AL.,<br><br>Defendant. | 8:18CV00191<br><br>**ORDER** |

This matter was filed by the plaintiff on April 27, 2018 ([Filing No. 1](#)). An Order granting the plaintiff's motion for an Entry of Default was issued on August 2, 2018, and a copy of the order was mailed to the defendants' address of record ([Filing No. 13](#)). Since that date, the plaintiff has taken no action to further progress this case.

Accordingly,

IT IS ORDERED that the plaintiff is given until Wednesday, September 12, 2018, to show cause why the plaintiff's claims should not be dismissed for want of prosecution, in the absence of which the plaintiff's claims against the defendants may be dismissed, and a judgment of dismissal may be entered without further notice.

Dated this 29th day of August, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge